USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Maria DiMeglio, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Bike-On.com, Inc.,

                Defendant.

1:23-cv-07447 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been referred to me for general pretrial management. (Referral Order, ECF No. 9.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Wednesday, October 11, 2023 at 3:00 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            October 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge