UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARIA DIMEGLIO, on behalf of herself
and all others similarly situated

                                      Civil Action No:
                                      1:23-cv-7447

                        Plaintiff,

-v.-
Bike-On.com, Inc,

                        Defendants.

------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 21, 2023                               Respectfully Submitted,

                                                                /s/PeterPaul Shaker

SO ORDERED.                                       PeterPaul Shaker, Esq.
                                                    **Stein Saks, PLLC**
                                                    One University Plaza
                                                    Hackensack, NJ 07601
                                                    pshaker@steinsakslegal.com
                                                    Tel. 201-282-6500
December 26, 2023                            Fax 201-282-6501
                                                    *Attorneys for Plaintiff*

## **Certificate of Service**

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 21st day of December, 2023     Respectfully Submitted,

                 */s/PeterPaul Shaker*
                 PeterPaul Shaker